AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:95-cr-00503-JAM   Document 353   Filed 02/03/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> ERWIN A. SPRUTH <br><br> Date of Original Judgment: 8/11/1998 <br> Date of Previous Amended Judgment: 1/26/2015 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 2:95CR00503 -02 JAM <br> ) <br> ) USM No: 08666-097 <br> ) <br> ) DAVID PORTER, AFD <br> ) *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    288    months **is reduced to**    235 MONTHS    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    8/19/1998    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    1/22/2015                             /s/ John A. Mendez
                                                            *Judge's signature*

Effective Date:    11/1/2015                      JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE
*(if different from order date)*                     *Printed name and title*